450 A.2d 181

Commonwealth v. Darcy, Appellant.

Petition for Allowance of Appeal
Denied Dec. 20, 1982.

Argued April 21, 1982. Julius E. Fioravanti, for appellant; Sarah B. Vanderbraak, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.